App. Div.]                    First Department, March, 1928.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL BUKATMAN.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK PACELKO and Another.— Motion to dismiss appeal granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANCESCO X. SANCHELLI.— Motion to dismiss appeal granted unless appellant procure the record on appeal to be filed on or before the 6th day of April, 1928. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BENJAMIN ALTMAN v. FREDERICK P. SMALL, as President of AMERICAN EXPRESS COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEREMIAH WILLIAMS & CO., INC., v. LAMPORT & HOLT, LTD.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE C. AIBA and Another, etc., v. NEW YORK INDEMNITY COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE BRESLAUER v. PECHTER BAKING COMPANY, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

C. WILLIAM MONTGOMERY v. A. B. CAMERON PIANO COMPANY, Impleaded.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOL RUBIN v. A. B. MILLER, INC., and Another, etc.— Application denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN GORDON v. THE LONDON AND LANCASHIRE INDEMNITY COMPANY OF AMERICA.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE JACOBS v. FRANCES DANZIGER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE CITY OF NEW YORK v. STATHIS D. ANTONOPULOS and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

AMERICAN BOSCH MAGNETO CORPORATION v. ROBERT BOSCH MAGNETO COMPANY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES J. MCLAUGHLIN v. HARRIET C. BRINCKERHOFF, Individually and as Receiver of the BRITISH-AMERICAN MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS H. RADIN v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAURICE A. MACK v. WALTER A. B. MENDELS.— Motion for leave to appeal granted; motion for a stay granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.